**Carlton Dale WALL, Petitioner–Appellant,**

v.

**Dean WALKER, Respondent–Appellee.**

**No. 01–6145.**

United States Court of Appeals, Fourth Circuit.

Submitted May 8, 2001.

Decided May 21, 2001.

**134**

Carlton Dale Wall, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Carlton Dale Wall seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).\* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Wall v. Walker,* No. CA-00-807 (M.D.N.C. Jan. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

\* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).